UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN THE MATTER OF )
THE EXTRADITION OF ) Case No. 3:07mj88
BILLY RAY WHISNANT JR. )
)
)

## ORDER

The Court having received the Complaint filed on April 27, 2007, by Craig D. Randall, Assistant United States Attorney for the Western District of North Carolina, for and on behalf of the Government of Canada, pursuant to the request of the Government of Canada, for the provisional arrest with a view towards extradition of Billy Ray Whisnant Jr., and an affidavit executed by Billy Ray Whisnant Jr. and witnessed by his attorney, Andrew Jennings;

And, further the Court having been advised in open session that Billy Ray Whisnant Jr. is a fugitive from the justice of the Government of Canada; that he is aware that the Government of Canada has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the Assistant United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the United States and Canada, and pursuant to the applicable sections of Title 18, United States Code;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the United States Marshal for the Western District of North Carolina shall deliver Billy Ray Whisnant Jr. to the duly authorized representatives of the Government of Canada for the purpose of transporting him from this District to the Territory of New Brunswick, Canada to be held for trial or other disposition; and it is further

ORDERED, ADJUDGED AND DECREED that the transfer of physical custody of Billy Ray Whisnant Jr. shall be at such time and place as mutually agreed upon by the United States Marshal for the Western District of North Carolina and the duly authorized representative of

FILED
CHARLOTTE, N. C.
MAY 11 2007
U. S. DISTRICT COURT
W. DIST. OF N. C.

Canada.

The Clerk of the Court is directed to forward a certified copy of this Order to the United States Secretary of State and to the Attorney General of the United States in Washington, D.C.

SO ORDERED.

Dated this  11  day of May, 2007.

_____
Carl Horn, III
United States Magistrate Judge
Western District of North Carolina